SEAN P. PATTERSON, Esq.
STATE BAR NUMBER 5736
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOI. THE DISTRICT OF NEVADA

\* \* \*

ELECTRONICALLY FILED
8-6-26

IN RE:
    T24, LLC

                 Debtors.

_____/

Case   No.   BK-N-26-50788-HLB
(Chapter 7)
**RESOLUTION OF LLC TO
FILE FOR BANKRUPTCY**
HEARING DATE: N/A
HEARING TIME: N/A
TIME REQUIRED: N/A

COMES NOW, the debtor, by and through its attorney, Sean P. Patterson, Esq. and files the attached Resolution to file for Chapter 7.

RESPECTFULLY SUBMITTED this 6th day of August 2026.

/s/ SEAN P. PATTERSON, ESQ.
SEAN P. PATTERSON, Esq.

1

RESOLUTION OF OPERATING MEMBERS OF T24, LLC

COMES NOW the members of T24, LLC (hereafter LLC) having called a special meeting on AUGUST 6, 2026 at 1 PM; and the following Member(s) being present in person on the above date:

TINA YAN, Member
DEMAS YAN, Manaager

It is hereby unanimously resolved that the LLC has sufficient financial difficulties to warrant immediate and drastic action.

It is therefore resolved to file a petition in the U.S. Bankruptcy Court-District of Nevada under Title 11 Chapter 7, to liquidate the business to facilitate repayment and discharge of the outstanding obligations of the Limited Liability Company under the protection and review of the U.S. Bankruptcy Court.

It is also resolved to retain the services of an attorney for the purposes of preparing the documents necessary to accomplish this end, forthwith.

There being no further business the meeting is hereby adjourned.

Done and dated this   AUGUST 6, 2026

_____
TINA YAN, Member

_____
DEMAS YAN, Manaager