SEAN F. PATTERSON, Esq,
STATE BAR NUMBER 5736
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Attorney for Debtor

ELECTRONICALLY FILED
10-1-26

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

IN RE:
T24, LLC

CASE NO. 26-50788-HLB
(Chapter 7)
**AMENDED MOTION TO DISMISS CHAPTER 7 CASE**
Hearing Date: 11-17-2026
Hearing Time: 1:30 p.m.
Time Required: 2 mins

COMES NOW, Debtor, by and through his counsel, SEAN P. PATTERSON Esq. and applies to this Court for a Dismissal of his Chapter 7 case pursuant to 11 U. S.C. §707, for reasons more fully set forth below. The Debtor incorporates by reference the argument made in the Motion and exhibits attached in support of this request.

**POINTS AND AUTHORITIES**

**I. FACTS**

This case was filed on or about August 21, 2026. The Resolution of LLC allowing for the filing of the Chapter 7 Bankruptcy was filed the same day. The 341 hearing was set for September 10, 2026 It has now been continued two times and is set for November 19, 2026.

At the time of bankruptcy filing the Debtor had a pending lawsuit, (Bryant Fu vs. Shuzhen Tu et al CGC-22-599369). The above-mentioned lawsuit has been dismissed as to the debtor. T24, LLC Inc owns no assets. As a result of the same, the Trustee has requested that the case be dismissed.

**II. LEGAL ARGUMENT**

The court may dismiss a Chapter 7 only after notice and a hearing and only for cause. 11 U.S.C.§707(a).

Cause exists to dismiss this case. The matters giving rise to the Case have been resolved. This is a no-asset Chapter 7 case. The Trustee has requested dismissal of the case. There is no purpose for the Chapter 7 case. The debtor will not get a discharge.

T24, LLC requests that this court grant this motion. Thus, the Court shall dismiss this Chapter 7 case.

RESPECTFULLY SUBMITTED this _1st_ day of October 2026.

SEAN F. PATTERSON, Esq.
Attorney for Debtor