SEAN P. PATTERSON, Esq.
STATE BAR NUMBER 5736
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Attorney for Debtor

ELECTRONICALLY FILED
10-1-26

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * *

IN RE:
T24, LLC

Debtor.
_______________________________/

Case No. BK-N-26-50788-HLB
(Chapter 7)

**NOTICE OF HEARING ON THE AMENDED MOTION TO DISMISS CHAPTER 7 CASE**

Hearing Date: 11-17-26
Hearing Time: 1:30 P.M.
Time Required: 2 Minutes

TO: THE DEBTOR, CHAPTER 7 TRUSTEE, CLAIMANTS, AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that an AMENDED MOTION TO DISMISS CHAPTER 7 CASE was filed herein on October 1, 2026 by SEAN P. PATTERSON, ESQ. attorney for debtor. A copy of the Motion shall be mailed with this pleading.

The Debtor is requesting an order allowing him to dismiss his Chapter 7 case and for such other relief the Court finds appropriate.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy upon the movant [**see** Local Rule 9014(d)(3)]. The opposition must state your position and set forth all relevant facts and any relevant legal authority. An opposition may be supported by affidavits or declarations that conform to the provisions of Local Rule 9014(c).

If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response, or if you do not serve your written response with the court, and on the person who sent you this notice, then:

1. The court *may refuse to allow you to speak* at the scheduled hearing; and
2. The court may rule against you without formally calling the matter at the hearing.

**If an objection is not timely filed and served, the relief requested may be granted without a hearing.** LR 9014(b)(1).

Parties wishing to appear and participate at this hearing shall call the toll-free conference line (669) 254-5252 (Meeting ID 160 532 0260 Passcode: 643758#).

NOTICE IS FURTHER GIVEN that the hearing on such pleadings will be held before a United States Bankruptcy Judge in the Young Federal Building, Bankruptcy Courtroom Number 2, 300 Booth Street located on the fifth floor, Reno, Nevada 89509, on the 17th day of November 2026 at the hour of 1:30 p.m.

DATED: October 1, 2026

/s/SEAN P. PATTERSON, Esq.
SEAN P. PATTERSON, Esq.

CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, Rule 5(b), I hereby certify that I am an employee of the law firm of **SEAN P. PATTERSON**, 232 Court Street Reno, Nevada 89501; and that on this date, I mailed a true and correct copy of the foregoing Notice and Amended Motion to Dismiss Chapter 7 Case via the United States mail, postage prepaid to: all creditors and otherwise interested parties in the above captioned matters as evidenced by the attached mailing matrix.

T24, LLC
Attn: Demas Yan (Manager)
1433 7th Ave.
San Francisco, CA 94122

This document was sent by electronic mail to:

W. Donald Gieseke
Chapter 7 Trustee

DATED: October 1, 2026.

/s/ SEAN P. PATTERSON, ESQ.
SEAN P. PATTERSON, ESQ.

**BRYANT FU**
337 28TH AVENUE
SAN FRANCISCO, CA 94121

**FRANCHISE TAX BOARD**
SPECIAL PROCEDURES
P.O. BOX 2952
SACRAMENTO, CA 95812

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101